**No. 41969.**—Protest 577631–G of New York Merchandise Co., Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of photo frames, trays, tray sets, candlesticks, and vases chiefly used in the household for utilitarian purposes. The claim at 50 percent under paragraph 339 was therefore sustained.

**No. 41970.**—Protests 518990–G, etc., of Charlyn Baker, Inc., et al. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel the articles in question were held dutiable at 40 percent under paragraph 339 as claimed. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), and Abstract 34153 cited.

**No. 41971.**—Protests 324102–G, etc., of Ovington Bros. Co. et al. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of boxes, bottles, and bonbonnieres chiefly used in the household for utilitarian purposes. The claim at 40 percent under paragraph 339 was therefore sustained. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445) and *Dow* v. *United States* (id. 282, T. D. 46816) cited.

**No. 41972.**—Protests 312166–G, etc., of Hensel, Bruckmann & Lorbacher, Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel the articles in question were held dutiable as hollow ware at 40 percent under paragraph 339. *Viking Trading Co.* v. *United States* (C. D. 132) cited.

**No. 41973.**—Protests 278590–G, etc., of R. H. Macy & Co., Inc., et al. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of puff boxes, buffers, atomizers, and perfume bottles chiefly used in the household for utilitarian purposes. The claim at 40 percent under paragraph 339 was therefore sustained.